# 816 CASES REPORTED WITH BRIEF SYLLABI.

of the City of New York, Respondents, Impleaded with CHARLES BRADY, as Superintendent of Buildings, etc., Defendant, and DEAN-MURRAY GARAGE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JEFFERSON OLNEY, an Infant, by ETHEL OLNEY, His Guardian ad Litem, Respondent, v. R. H. MACY & Co., INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the findings of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence is against the weight of the evidence. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; McAvoy and Burr, JJ., dissenting.

LILLIE DAIRY Co., INC., Respondent, v. CHARLES E. DEPPELER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ELIZABETH HARTFIELD, Respondent, v. VINCENT CAFARO, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that reversible error was committed in receiving in evidence proof of defendant's guilt of the charge of disorderly conduct at the time when the evidence was offered, and furthermore, upon the ground that reversible error was committed in receiving testimony as to the nature of the complaint made by the plaintiff herein against the defendant in the Magistrate's Court and as to what occurred in said court on the trial of the complaint. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; Merrell and Burr, JJ., dissent, on the ground that any error committed in the reception of testimony was cured by the defendant finally taking the stand. (*People ex rel. Stewart* v. *Paschal*, 68 Hun, 344.)

CHARLES H. TUTTLE, Respondent, v. HOME INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; Dowling and Merrell, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. CURTIS, Appellant.— Judgment affirmed. (See *People* v. *Farini*, 239 N. Y. 411, 416.) Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MERLO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MARGARET MAYO, Appellant, v. THOMAS HEALY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SYLVANUS W. LONG and Others, Appellants, v. ALBERT W. PORTER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

NATIONAL SURETY COMPANY, Respondent, v. BENJAMIN A. RUFFIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JOSEPH E. LORD and Another, Appellants, v. ELEANOR WILLIAMS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DUNCAN, FOX & Co., INC., Respondent, v. DAN WUILLE & Co., INC., Appellant.—